08-21-00136-CR

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
11/2/2021 5:19:57 AM
ELIZABETH G. FLORES
Clerk

**COURT OF APPEALS NO. 08-21-00136-CR**
**TRIAL COURT CAUSE NO. CR04829**

STATE OF TEXAS          *   IN THE DISTRICT COURT OF
                                  *
v.                                   *   394TH JUDICIAL DISTRICT
                                    *
VICTOR TORRES         *   BREWSTER COUNTY, TEXAS
                                    *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIRD AND FINAL REQUEST FOR EXTENSION OF TIME TO FILE
RECORDER'S RECORD

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, Kimberly C. McCright, CET, am unable to file the Recorder's Record in the above-styled case heard in the above-entitled and numbered cause before the Honorable Roy Ferguson, Judge presiding, held in Brewster County, Texas and am requesting an extension of time on the following bases:

1   On October 1, 2021, we filed a 60-day, and the Court granted a 30-day, extension in this matter to prepare the record by November 3, 2021.

2   The transcripts for this appeal are estimated to be 1200 pages, 900 of which have been completed.

3   With our current workload, we have been making every effort to prepare the record by the extended

date, however, we cannot complete the last date of trial, finalize exhibits, and file the Court Recorder's Record, by the November 3, 2021 date.

Based on the above information, we are requesting a final extension of time up to and including November 15, 2021 to prepare and file the Court Recorder's record with the Court of Appeals.

Dated this 2nd day of November, 2021.

_____

Kimberly C. McCright, CET